Wright v Stephens (2025 NY Slip Op 03417)

Wright v Stephens

2025 NY Slip Op 03417

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND KEANE, JJ.

194 CA 23-01587

[*1]LEW WRIGHT, AS EXECUTOR OF THE ESTATE OF SANDRA RAMSEY, DECEASED, AND JAMES A. RAMSEY, AS EXECUTOR OF THE ESTATE OF ERNEST H. RAMSEY, DECEASED, PLAINTIFFS-APPELLANTS,
v
VICKY K. STEPHENS, P.A., DELPHI HEALTHCARE, PLLC, DEFENDANTS, JANET K. REISMAN, R.N., JONES MEMORIAL HOSPITAL, AND THE MEMORIAL HOSPITAL OF WILLIAM F. AND GERTRUDE F. JONES, INC., DOING BUSINESS AS JONES MEMORIAL HOSPITAL, DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

BLACK, LYLE & HABBERFIELD, LLP, OLEAN (KEVIN M. HABBERFIELD OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
THE TARANTINO LAW FIRM, LLP, BUFFALO (MARYLOU K. ROSHIA OF COUNSEL), FOR DEFENDANTS-RESPONDENTS JANET K. REISMAN, R.N., JONES MEMORIAL HOSPITAL, AND THE MEMORIAL HOSPITAL OF WILLIAM F. AND GERTRUDE F. JONES, INC., DOING BUSINESS AS JONES MEMORIAL HOSPITAL.
HIRSCH & TUBIOLO, P.C., PITTSFORD (BRYAN S. KORNFIELD OF COUNSEL), FOR DEFENDANTS VICKY K. STEPHENS, P.A. AND DELPHI HEALTHCARE, PLLC. 

 Appeal from a judgment of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered May 11, 2023. The judgment, insofar as appealed from, dismissed the amended complaint, upon a jury verdict, against defendants Janet K. Reisman, R.N., Jones Memorial Hospital and The Memorial Hospital of William F. and Gertrude F. Jones, Inc., doing business as Jones Memorial Hospital. 
It is hereby ORDERED that said appeal insofar as taken by plaintiff Lew Wright, as executor of the estate of Sandra Ramsey, deceased, is dismissed, and the judgment insofar as appealed from is reversed on the law without costs, the amended complaint as asserted by plaintiff James A. Ramsey, as executor of the estate of Ernest H. Ramsey, deceased, is reinstated against defendants Janet K. Reisman, R.N., Jones Memorial Hospital, and the Memorial Hospital of William F. and Gertrude F. Jones, Inc., doing business as Jones Memorial Hospital, and a new trial is granted.
Same memorandum as in Wright v Stephens ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court